# United States Court of Appeals
## For the First Circuit

_____

DOCKETING STATEMENT

No. 25-1643    Short Title: Liu v. Noem, et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from 04/29/2025
  2. Date this notice of appeal filed 06/30/2025
     If cross appeal, date first notice of appeal filed N/A
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
  4. Date of entry of order deciding above post-judgment motion N/A
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
     Time extended to N/A

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits? [ ] Yes [✓] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes [✓] No
        If yes, explain
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [✓] Yes [ ] No
        If yes, explain This is an appeal from a preliminary injnction reviewable under 8 U.S.C. § 1292(a)(1).

C. Has this case previously been appealed? [ ] Yes [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal N/A

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
  If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
  If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Xiaotian Liu
      Attorney SangYeob Kim, Gilles R. Bissonnette - ACLU of New Hampshire; Ronald L. Abramson - Shaheen & Gordon, P.A.
      Address ACLU: 18 Low Ave. Concord, NH 03301; Shaheen & Gordon, P.A.: 1155 Elm Street, Ste 300, Manchester, NH 03101
      Telephone Kim: 603-333-2081; Bissonnette: 603-227-6678; Abramson: 603-792-8472

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Kristi Noem, Secretary, Secretary, Department of Homeland Security
      Address Secretary of Homeland Security, Washington, DC 20528
      Telephone

      Attorney's name Alessandra Faso, Alexandra McTague
      Firm U.S. Department of Justice, Civil Division, Office of Immigration Litigation
      Address P.O. Box 868, Ben Franklin Station, Washington, DC 20044
      Telephone Faso: (202) 305-9855; McTague: (202) 718-0483

   2. Appellant's name Todd M. Lyons, Acting Director, Immigration and Customs Enforcement
      Address 500 12th St SW Washington, DC 20536
      Telephone

      Attorney's name Alessandra Faso, Alexandra McTague
      Firm U.S. Department of Justice, Civil Division, Office of Immigration Litigation
      Address P.O. Box 868, Ben Franklin Station, Washington, DC 20044
      Telephone Faso: (202) 305-9855; McTague: (202) 718-0483

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  s/Alessandra Faso
Date  07/21/2025